NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                                                           Case No. 2:23-mj-131-1

Harvey Hernandez-Hernandez

TAKE NOTICE that the above-entitled case is scheduled for Friday, October 20, 2023 at 11:30 a.m. in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.

Location: Burlington – 410 Courtroom                     JEFFREY S. EATON, Clerk
                                                                                                    By: */s/ H. Beth Cota*
                                                                                                              Deputy Clerk
                                                                                                              10/12/2023

TO:

Eugenia A. Cowles, AUSA

Mark D. Oettinger, Esq.

Maria Jakobeit, Spanish interpreter